IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL J. KAHANE,
FDOC Inmate No. K59166,
    Plaintiff,

vs.                                                 Case No.: 3:20cv5156/LAC/EMT

M. CARROLL,
    Defendant.
_____/

## **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated April 15, 2020 (ECF No. 4). Plaintiff has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is **DENIED**.

3. This case is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b)(1) as malicious and pursuant to the three strikes provision of 28 U.S.C. § 1915(g).

4. The clerk is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 15th day of May, 2020.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**